UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>CHEN, GUO XIONG<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | USDC Cr. Cs. No. 01-00021-001<br><br>**TERMINATION** |

F I L E D
Clerk
District Court

AUG - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**Re:   Report and Order Terminating Term of Supervised Release**

On February 5, 2002, Guo Xiong Chen was sentenced in the District Court of the Northern Mariana Islands for Conducting an Illegal Gambling Business, in violation of 18 U.S.C. §§ 2 and 1955. He was ordered to serve ten months imprisonment followed by three years supervised release with conditions to include: that he be delivered to a duly authorized immigration official for immediate deportation pursuant to 18 U.S.C. §3583(d), and that he shall remain outside the United States during his term of supervised release; not commit another federal, state, or local crime; comply with the standard conditions of release as set forth by the United States Sentencing Commission; not possess a firearm or other dangerous weapon; not use or possess illegal controlled substances; the mandatory condition for urinalysis as forth in 18 U.S.C. §3563(a)(4) was suspended because the court has determined that the defendant possessed a low risk for future substance abuse; and pay $100.00 special assessment fee. On December 6, 2002, Mr. Chen was deported to China by the U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement.

Mr. Chen paid his special assessment fee on February 5, 2002. His period of supervised release expired on June 24, 2005. Therefore, it is recommended that Mr. Chen be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this ___19th___ day of July 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MARGARITA WONENBERG
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File

TERMINATION
Report and Order Terminating Term of Supervised Release
Re: Chen, Guo Xiong
USDC Cr. Cs. No.  01-00021-001
July 14, 2005
Page 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER OF THE COURT

Pursuant to the above report, it is ordered that Guo Xiong Chen be discharged from supervised release and that the proceeding in the case be terminated.

Dated this __6th__ day of ~~July~~ August 2005.

_____
District Judge
U.S. District Court
of the Northern Mariana Islands